UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JEFFREY ROTH,

               Plaintiff,

v.

2810026 CANADA LIMITED LTD.,
2810034 CANADA LIMITED,
FREDERICK GROUP INC.,
SINGH AMARJIT,

               Defendants
           Third-Party Plaintiffs,
v.

PAMELA J. BAUMAN,

             Third-Party Defendant.
_____

PAMELA BAUMAN,

               Plaintiff,

v.

2810026 CANADA LIMITED,
2810034 CANADA LIMITED,
FREDERICK GROUP INC.,
SINGH AMARJIT,

               Defendants
_____

**13-CV-901A(F)**

**DECISION
and
ORDER**

**15-CV-374A(F)**

APPEARANCES:        DAVID W. POLAK, ESQ.
                         Attorney for Plaintiffs
                         3686 Seneca Street
                         West Seneca, New York   14224

                         WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
                         Attorneys for Defendants
                         BEATA SHAPIRO, of Counsel
                         260 Franklin Street, 14th Floor
                         Boston, Massachusetts   02110

FELDMAN KIEFFER, LLP
Attorney for Third-Party Defendant
ADAM C. FERRANDINO, of Counsel
110 Pearl Street, Suite 400
Buffalo, New York  14202

In this personal injury case, the court by Decision and Order filed October 4, 2016 (Dkt. 34) ("the October 4, 2016 D&O") granted Plaintiff's request for expenses, including reasonable attorneys fees, incurred in connection with Plaintiff's motion to compel Defendants' depositions, based on the Decision and Order filed July 18, 2016 (Dkt. 51, 27) ("the July 18, 2016 D&O"), and directed Plaintiff to file Plaintiff's affidavit of such expenses <u>within</u> <u>30</u> <u>days</u> of the October 4, 2016 D&O.  Failure to comply with the court's order to file an affidavit of expenses awarded in connection with a motion to compel permits the court to deem a successful party's expense request WAIVED.  *See Ivoclar Vivadent Inc. v. Corporation Cortex Machina*, 2004 WL 2315071, at *7 (W.D.N.Y. Oct. 14, 2004) (failure to submit affidavit of costs and fees requested constitutes waiver of party's right to fees and costs in connection with successful motion).  Accordingly, as Plaintiff has to date failed to comply with the court's direction to file Plaintiff's affidavit of expenses as stated in the October 4, 2016 D&O, Plaintiff's request is deemed to have been WAIVED.

SO ORDERED.

/s/ *Leslie G. Foschio*

_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated:  April 12, 2017
            Buffalo, New York